Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
MCCLIER CORPORATION (hereinafter referred
to as "MCCLIER")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 103 (AKH)

FAISAL CHOUDHURY (AND AIFE, RAHAT        Index No.: 07-CV-5404
CHOUDHURY),
                                         **NOTICE OF ADOPTION OF ANSWER**
              Plaintiff(s),              **TO MASTER COMPLAINT**

   -against-                             **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK LTD, et al.,

              Defendant(s).
------------------------------------------------------------X

   PLEASE TAKE NOTICE that Defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 21, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

   WHEREFORE, the defendant, MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
October 9, 2007

                                         Yours etc.,

                                         McGIVNEY & KLUGER, P.C.
                                         Attorneys for Defendant
                                         MCCLIER CORPORATION (hereinafter referred to as "MCCLIER"),

                                         By: _____
                                             Richard E. Leff (RL-2123)
                                             80 Broad Street, 23rd Floor
                                             New York, New York 10004
                                             (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel